EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Violent Crimes Section Chief

MARSHALL H. SILVERBERG # 5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: marshall.silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 0 4 2004

at ____ o'clock and ____ min. ____ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR04-00286 SOM |
| Plaintiff, ) | INDICTMENT |
| vs. ) | 18 U.S.C. §§ 922(g)(9) and 924(a)(2) |
| MARK G. CHANG, ) | |
| Defendant. ) | |

### INDICTMENT

(18 U.S.C. §§ 922(g)(9), 924(a)(2))

The Grand Jury charges that:

On or about July 25, 2004, in the District of Hawaii, the defendant MARK G. CHANG, having been previously convicted of a misdemeanor crime of domestic violence, did knowingly possess in and affecting commerce a firearm, to wit, a Colt .38 caliber revolver, bearing serial number 852149, and six rounds of

Winchester .38 caliber ammunition, with the firearm and ammunition having been manufactured outside the State of Hawaii.

All in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

### Sentencing Allegation

The defendant MARK G. CHANG committed the offense charged in this Indictment while released on bail under Chapter 207 of Title 18, United States Code, and in violation of Title 18, United States Code, Section 3147.

DATED: August 4, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
MARSHALL H. SILVERBERG
Assistant U.S. Attorney

UNITED STATES v. CHANG
Cr. No.          (Indictment)